564

No. 277. Loomis et al. v. First Federal Savings & Loan Assn. On petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit. October 10, 1938. On consideration of the stipulation of the parties Frank H. Bixby, a member of the Banking Commission of Wisconsin, is substituted as a party petitioner in the place and stead of S. N. Schafer, resigned. The petition for writ of certiorari is granted. *Mr. Joseph P. Brazy* for petitioners. *Messrs. William Ryan* and *Horace Russell* for respondent.

No. —, original, October Term, 1937. Ex parte Florence F. Greaves Stone. October 10, 1938. Motion for reconsideration of the motion for leave to file petition for writ of mandamus denied.

No. 183, October Term, 1936. Hicks v. Mutual Life Insurance Co. October 10, 1938. Motion for leave to file petition for rehearing denied. 299 U. S. 563.

No. 10. United States v. One 1936 Model Ford V-8 De Luxe Coach. Argued October 12, 1938. Decided October 17, 1938. *Per Curiam:* The judgment is affirmed by an equally divided Court. Mr. Justice Butler and Mr. Justice Stone took no part in the consideration or decision of this case. *Mr. Gordon Dean,* with whom *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith,* for the United States. *Messrs. Duane R. Dills* and *Eugene E. Heaton* for respondent.

No. 368. Los Angeles et al. v. Los Angeles County Flood Control District et al. Appeal from the Supreme Court of California. October 17, 1938. The mo-